422 A.2d 1169

Wash. Ind. Dev. Corp. et al. v. Ciaffoni, Appellant.

Argued April 11, 1979.    E. J. Julian, for appellant;  Phillip J. Binotto, Jr., for appellees.

Before CERCONE, P. J., and WIEAND and HOFFMAN, JJ.

Order affirmed.

September 20, 1979.

422 A.2d 1169

Commonwealth v. Eaton, Appellant.

Submitted March 12, 1979.    Daniel R. Kehm, Assistant Public Defender, for appellant;  Sheryl Ann Dorney, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, WATKINS and LIPEZ, JJ.

Judgment of sentence affirmed.